UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BASSETT,<br>    Plaintiff,<br>-vs-<br><br>Commissioner of Social Security<br>    Defendant. | ) CASE NO. 5:24-CV-01600<br>) JUDGE JOHN R. ADAMS<br>)<br>) <u>MEMORANDUM OF OPINION</u><br>) <u> AND ORDER</u><br>)<br>) |

For the reasons set forth in the ORDER filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Magistrate Judge's decision is ADOPTED IN WHOLE. The decision of the Commissioner is hereby REMANDED for proceedings consistent with this opinion.

    IT IS SO ORDERED.

Dated: <u>April 8, 2025</u>                        <u>/s/ John R. Adams</u>
                                                                           UNITED STATES DISTRICT JUDGE